```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLYDE WILLIAMS,

                Plaintiff

  - against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

                Defendants.
-----------------------------------------------------------X

07 Civ. 5542 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    The complaint in this case was filed on July 24, 2007. Other than filing a notice of change of address on June 19, 2007, Plaintiff has taken no action to proceed further. Defendants moved to dismiss the complaint on October 31, 2007, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. Unless Plaintiff notifies the Court by December 17, 2007 that he intends to proceed with this case, it will be dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: New York, New York
       December 5, 2007

                                                  Robert P. Patterson, Jr.
                                                        U.S.D.J.

**Copies of this Order sent to:**

*Plaintiff Pro Se:*

Clyde Williams
7107 Green Acres Ct., SW
P.O. Box 2611
Covington, GA 30014


Office of the Corporation Counsel
New York City Law Department
100 Church Street, Room 2-185
New York, NY 10007
Attn: Deborah Alyse Dorfman
Tel:   (212) 788-0408
Fax:   (212) 788-0940


Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Attn:   Michelle H. Schott
Tel:    212-806-5400
Fax:    212-806-6006